UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-00026-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **ALBERTIS LLOYD MUSE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Early Termination of Supervised Release. (Doc. Nos. 2, 3).

In 2014, Defendant pleaded guilty to conspiracy to distribute and possess with intent to distribute cocaine and cocaine base in violation of 21 U.S.C. § 841, 846. Chief United States District Judge for the Eastern District of Virginia, the Honorable Rebecca Beach Smith, sentenced Defendant to 100 months' incarceration followed by four years of supervised release. Defendant completed his term of incarceration and began supervised release in September 2021. Defendant's supervised release is scheduled to terminate in September 2025. Defendant now moves this Court to terminate the remainder of his supervised release term under 18 U.S.C. § 3583(e)(1). (Doc. Nos. 2, 3).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 30 days the Government shall file a response to Defendant's motion.

Signed: March 28, 2024

Max O. Cogburn Jr
United States District Judge

1